IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 93

| | |
|---|---|
| **CHAUNCEY JOHN LEDFORD,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **NORTH CAROLINA DEPARTMENT OF** ) | |
| **PUBLIC SAFETY**, *et al.,* ) | |
| ) | |
|     **Defendant.** ) | |

**THIS MATTER** is before the undersigned pursuant to Defendants' Motion to Stay (#19). In the motion, Defendants request that proceedings, pursuant to Rule 16, Rule 26, Local Rule 16.1, discovery and other pretrial proceedings be stayed pending ruling on Defendants' Partial Motion to Dismiss (#17). The motion further shows that Plaintiff's counsel has been consulted and consents to the Motion to Stay. It appears that good cause has been shown for the granting of the motion, and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Stay (#19) is **ALLOWED** and the Court stays all Rule 16, Rule 26, Rule 16.1 proceedings,

1

discovery, and other pretrial proceedings pending a ruling upon the Defendants' Partial Motion to Dismiss (#17).

Signed: July 8, 2016

Dennis L. Howell
United States Magistrate Judge